February 3, 1977.

M. P. No. 75-38. THOMAS J. BORROMEO *v.* PERSONNEL BOARD OF THE TOWN OF BRISTOL. Motion for reargument is denied. *Pasquale T. Annarummo,* for petitioner. *Emilio D. Iannuccillo,* Town Solicitor, for respondent.

M. P. No. 76-46. BRISTOL COUNTY WATER COMPANY *v.* WILLIAM W. HARSCH *et al.* Motion of petitioner for a stay is denied. *Coffey, McGovern and Novogroski, John G. Coffey, Jr.,* for petitioner. *Julius C. Michaelson,* Attorney General, *R. Daniel Prentiss,* Special Asst. Attorney General, for respondents.

M. P. No. 76-411. TOWN OF TIVERTON *v.* FRATERNAL ORDER OF POLICE. Case is specially assigned for oral argument to Tuesday, March 8, 1977, at 9:30 a.m. The oral argument shall be confined to the single issue as to whether the pension plan provided for in the award is invalid because by its terms it cannot be implemented until after the one year period covered by the award. The brief of the petitioner shall be filed on or before February 15, 1977, and the brief of the respondents on or before February 28, 1977. *Corcoran, Peckham & Hayes, Kathleen Managhan,* for petitioner. *Dolbashian, Chappell & Chace, Paul M. Chappell,* for respondent.

M. P. No. 77-22. TOWN OF NORTH KINGSTOWN *v.* WARREN H. ASHLEY *et al.* Petition for writ of certiorari is denied. *Charles J. McGovern, Richard B. Carpenter,* for plaintiff-respondent. *Hanson, Curran & Parks, David P. Whitman,* for defendants-petitioners Onderdonk and Lathrop Associates, Inc. *Keenan, Rice, Dolan, Reardon & Kiernan, John F. Dolan, Thomas C. Plunkett,* for defendant Warren Ashley. *Swan, Jenckes, Asquith & Davis, Conrad M. Cutcliffe,* for third-party defendant Pawtucket Ready-Mixed Concrete Co.

M. P. No. 77-40. EDWARD E. MORRIS *v.* LINDA D'AMARIO *et al.* Motion for bail is denied. *William F. Reilly,* Public Defender, *Barbara Hurst, John A. MacFadyen III,* Asst. Public